UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFRY RAMIREZ PEREZ,<br><br>                              Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-3066-CAB-DEB<br><br>**ORDER REQUIRING BOND HEARING** |

Pending before the Court is Petitioner Jefry Ramirez Perez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that he has been in immigration detention since April 25, 2026 without a bond hearing in violation of the Fifth Amendment.  [*Id.* at 2, 18.]  The government "acknowledges the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases" and thus does "not oppose an order . . . directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 4 at 1–2.]

Accordingly, the Court **ORDERS** the government to provide Petitioner an individualized bond hearing before an immigration judge by **June 17, 2026**, unless Petitioner requests a continuance.  The government shall bear the burden of proof of establishing that Petitioner does not pose a danger to the community or a risk of flight.  *See Martinez v.* Clark, 124 F.4th 775, 785–86 (9th Cir. 2024).  If requested by Petitioner,

Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing. The Clerk of the Court shall close the case on **June 24, 2026** unless Petitioner requests a continuance or the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  June 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3066-CAB-DEB