UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JEFRY RAMIREZ PEREZ,

Petitioner,

v.

JEREMY CASEY, et al.,

Respondents.

Case No.:  3:26-cv-3066-CAB-DEB

**ORDER ISSUING CORRECTION**

On June 3, 2026, the Court ordered the government to provide Petitioner an individualized bond hearing before an immigration judge by June 17, 2026, unless Petitioner requests a continuance.  [Doc. No. 5.]  The Court misstated the burden of proof in its order.  Respondents shall provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **June 17, 2026**, unless Petitioner requests a continuance.

It is **SO ORDERED**.

Dated:  June 5, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-3066-CAB-DEB